UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 2:24-bk-00034-FMD
                                                                                          Chapter 11
Lag Shot LLC,

       Debtor.
_____/

**MOTION TO EXTEND TIME TO FILE
JANUARY 2024 MONTHLY OPERATING REPORT**

Lag Shot LLC, the above-captioned debtor and debtor in possession ("Debtor"), by and through the undersigned proposed legal counsel, pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (each such rule a "Bankruptcy Rule"), files this Motion to Extend Time to File January 2024 Monthly Operating Report ("Motion") and, as grounds therefor, respectfully states as follows:

**JURISDICTION AND VENUE**

1.    The United States District Court for the Middle District of Florida ("Court") is the proper venue for the above-captioned case (this "Case") pursuant to 28 U.S.C. § 89(b), 1408(1), and 1409. The Court's Fort Myers Division is the appropriate place to hold court under Local Rule 1071-1(b)(4).

2.    Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein include Bankruptcy Rule 9006(b)(1).

## BACKGROUND

3. The Debtor is required to file a monthly operating report with all necessary attachments ("MOR") for each month. Absent an order to the contrary, the deadline ("Relevant MOR Deadline") for the Debtor to file an MOR for January 2024 (the "Relevant MOR") is February 21, 2024.

4. The Debtor continues to serve as a debtor in possession pursuant to Bankruptcy Code section 1184. No creditors' or equity security holders' committees have been appointed in this Case.

## RELIEF REQUESTED

5. The Debtor requests an order: (i) granting this Motion; (ii) extending the Relevant MOR Deadline by 14 days; and (iii) granting the Debtor such other and further relief as the Court deems just and proper.

## BASES FOR RELIEF REQUESTED

6. The Court should grant this Motion because, while the Debtor's recently retained financial professionals have made substantial progress towards completing the Relevant MOR, such professionals encountered inconsistencies that must be addressed to ensure all MORs are accurate moving forward.

7. Bankruptcy Rule 9006(b)(1) provides, in relevant part, as follows:

> "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect."

Fed. R. Bankr. P. 9006(b)(1) (alterations added).

8.  The Debtor submits the only alternatives to the relief requested would harm all interested parties. The Debtor does not believe that 14 days will be needed, but makes its request to ensure the extended MOR deadline will be met.

WHEREFORE, for the reasons stated herein, the Debtor respectfully requests an order: (i) granting this Motion; (ii) extending the Relevant MOR Deadline by 14 days; and (iii) granting the Debtor such other and further relief as the Court deems just and proper.

**Dated**: February 21, 2024

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Christian Garrett Haman*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Proposed Counsel for Lag Shot LLC, Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 21st day of February 2024, a true and correct copy of the foregoing shall be electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service, including **United States Trustee – FTM**, 501 E. Polk St., Ste. 1200, Tampa, Florida 33602; and **Ruediger Mueller, Subchapter V Trustee**, 1112 Watson Court, Reunion, Florida 34747.

By: */s/ Christian Garrett Haman*
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079